**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HWAN KIM,<br><br>      Plaintiff(s),<br><br>    v.<br><br>GARSAN INC., et al.,<br><br>      Defendant(s). | Case No.   CV-19-3370-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

Plaintiff was ORDERED to show cause in writing no later than **August 2, 2019** why this action should not be dismissed for lack of prosecution, for Plaintiff's failure to timely file a proof of service. On August 2, 2019, Plaintiff filed a "Response to Order to Show Cause Re: Dismissal for Lack of Prosecution," stating that Plaintiff has attempted, but was unable to serve the Defendant.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: August 12, 2019

                                            HONORABLE R. GARY KLAUSNER
                                            UNITED STATES DISTRICT JUDGE